# Court of Appeals
# of the State of Georgia

ATLANTA,   August 27, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0483.  WILLIAM K. DAVIDSON v. J. W. RECOIL, LLC.

After the magistrate court entered a writ of possession, William K. Davidson appealed to superior court.  The superior court affirmed the magistrate court's ruling, and, on May 10, 2012, denied Davidson's motion for new trial.  On June 11, 2012, Davidson filed this application for discretionary appeal.[1]

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-68 (448 SE2d 192) (1994).  OCGA § 44-7-56 provides that an appeal from any dispossessory judgment – such as the one here – must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Davidson filed his application 32 days after the order on appeal was entered.  Accordingly, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Davidson filed his application in the Supreme Court, which transferred the matter here.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/27/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*